Robert C. Weems (SBN 148156)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA 94930
Ph: (415) 881-7653
Fx: (866) 610-1430
rcweems@weemslawoffices.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SHARON KAY CLARK,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant | No: 2:14-cv-00851-DAD<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

Plaintiff requests an extension of twenty-one (21) days for all deadlines in this case. Plaintiff's counsel asserts that his reply to Defendant's opposition has become more problematical than originally expected necessitating additional time to reply.

The parties request this extension in good faith, with no intent to prolong proceedings unduly.

Defendant does not object to allowing Plaintiff the additional time to draft his reply and, subject to the Court's approval, stipulates to twenty-one (21) days extension of time to file Plaintiff's reply to Defendant's opposition to Plaintiff's motion for sentence four remand in this action. Plaintiff's reply is now due May 5, 2015. This is Plaintiff's first request for additional time.

SO STIPULATED AND AGREED:

| For Plaintiff: | For Defendant: |
|---|---|
| WEEMS LAW OFFICES | BENJAMIN B. WAGNER |
| | United States Attorney |
| | DONNA L. CALVERT |
| | Acting Regional Chief Counsel, Region IX |
| | Social Security Administration |

/s/Robert C. Weems

Robert C. Weems, Attorney for Plaintiff

By: /s/ Jean M. Turk

Special Assistant United States Attorney and Attorney for the Defendant (per e-mail authorization)

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: April 16, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec
clark0851.stip.eot.ord.docx